# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| Missouri Association of School Librarians, et al., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) No. 4:23-cv-00536-SRB |
| | ) |
| Jean Peters Baker, et al., | )<br>) |
| Defendants. | ) |

## PLAINTIFFS' MOTION TO REMAND

Pursuant to 28 U.S.C. § 1447, Plaintiffs move this Court for an order remanding the case back to the Circuit Court of Jackson County, Sixteenth Judicial Circuit. For the reasons provided in the accompanying Suggestions in Support, remand is appropriate because there is no federal-question jurisdiction. Additionally, because there was no objectively reasonable basis for removal, an award of attorneys' fees is appropriate.

Respectfully submitted,

/s/ Gillian R. Wilcox
Gillian R. Wilcox, #61278
Jason Orr, #56607
ACLU of Missouri Foundation
406 W. 34th Street, Suite 420
Kansas City, MO 64111
Phone: (816) 470-9938

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and a copy was made available to all electronic filing participants:

/s/ Gillian R. Wilcox