IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

## JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| MISSOURI ASSOCIATION OF SCHOOL LIBRARIANS, ET AL<br><br>Plaintiffs,<br><br>JEAN PETERS BAKER, ET AL<br><br>Defendants. | Case No: 23-cv-00536-SRB |

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court.** This action came before the Court. The issues have been determined and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that

Plaintiff's motion for remand to State Court (Doc. #6) is granted. This case is hereby remanded to the Circuit Court of Jackson County, Missouri.

September 29, 2023  
Date

Paige Wymore-Wynn  
Clerk of Court

/s/ Sara Borneman  
 (by) Deputy Clerk